# EXHIBIT B

## PRELIMINARY LIST OF EXPERT WITNESSES NAMED BY DEFENDANT

- **Dr. George Abed**
  Senior Counselor and Director of Middle East-Africa Department, Institute of International Finance

  Dr. Abed will testify about banking laws, regulation and practices in the Palestinian Territories during the relevant period as they relate to the issues in these cases.

- **The Honorable Edward G. Abington, Jr.**
  Consultant

  Mr. Abington will testify about humanitarian, economic and political topics concerning the West Bank and Gaza during the relevant period as they relate to the issues in these cases.

- **Jonathan Benthall**
  Honorary Research Fellow in the Department of Anthropology, University College, London; Independent Social Researcher

  Mr. Benthall will testify about zakat committees and other charitable organizations as they relate to the issues in these cases.

- **Chakib Cortbaoui**
  Partner, Ramzi Jorgeige and Partners

  Mr. Cortbaoui will testify about banking laws and practices in Lebanon during the relevant period as they relate to the issues in these cases.

- **Yair Dagan**
  General Manager, Amnet Ltd.

  Mr. Dagan will testify about banking laws and practices in Israel during the relevant period as they relate to the issues in these cases.

- **Prof. Diego Gambetta**
  Professor of sociology at the University of Oxford and an Official Fellow of Nuffield College

  Prof. Gambetta will testify as to the motivation of criminals and terrorists as they relate to the issues in these cases.

- **The Honorable Edward W. Gnehm, Jr.**
  Kuwait Professor of Gulf & Arabian Peninsula Affairs, The Elliott School of International Affairs, The George Washington University

  Ambassador Gnehm will testify about the relationship between the United States and Jordan, as well as on other matters as appropriate, as they relate to the issues in these cases.

- **Jeff Halper**
  Coordinator, Israeli Committee Against House Demolitions

  Mr. Halper will testify about humanitarian needs in the West Bank and Gaza and related topics, as they relate to the issues in these cases.

- **Brig. Gen. (ret.) Ma'da Hasbani**

  Brig. Gen. Hasbani will testify about Israeli military control over the West Bank, civil and religious issues in the Palestinian Territories, and other regional security matters.

- **Michael Herzberg, Advocate**
  J. Richter, Herzberg, Yogev & Co. Law Offices

  Mr. Herzberg will testify about banking laws and practices in Israel during the relevant period as they relate to the issues in these cases.

- **Lior Horev, Advocate**
  Former General Counsel of Discount Bank, and former Advisor of the Israeli Ministry of Justice

  Mr. Horev will testify on Israeli Anti Money-Laundering policies and practice during the relevant period as they relate to the issues in these cases.

- **Dr. Khalid Hroub**
  Director of Cambridge Arab Media Project in association with the Centre of Middle Eastern and Islamic Studies, University of Cambridge

  Dr. Hroub will testify on issues concerning Hamas and other matters as they relate to the issues in these cases.

- **The Honorable William M. Isaac**
  Chairman, LECG Global Financial Services

  Mr. Isaac will testify about the organization, supervision and practices of banks in the United States as they relate to the issues in these cases.

- **Avi Kostelitz**

  Mr. Kostelitz will testify about the Israel Security Agency's capabilities and activities in the West Bank.

- **Robert Lacey**
  Historian and Author

  Mr. Lacey will testify about issues relating to Saudi Arabia, including the activities of the Saudi Committee, as they relate to the issues in these cases.

- **Rafael Lotan**

  Mr. Lotan will testify about the Israel Security Agency's capabilities and activities against terrorists and terrorist organization.

- **Prof. Shaul Mishal**
  Department of Political Science, Faculty of Social Science, Tel Aviv University

  Prof. Mishal will testify about matters concerning Islamic culture and Middle East political affairs as they relate to the issues in these cases.

- **Dr. Marwan Nsouli**
  Retired Vice-Governor of the Central Bank of Lebanon

  Dr. Nsouli will testify about banking laws, regulation and practices in Lebanon during the relevant period as they relate to the issues in these cases.

- **Brig. Gen. (ret.) Ilan Paz**

  Brig. Gen. Paz will testify about the Israeli military governance in the West Bank and about the Second Intifada.

- **Dr. Maya Rosenfeld**
  External lecturer, Sapir Academic College, the Department of Management and Public Policy;
  Research fellow, the Harry S. Truman Research Institute, The Hebrew University

  Dr. Rosenfeld will testify about Palestinian social and cultural issues as they relate to the issues in these cases.

- **The Honorable David Rundell**
  Consultant

  Mr. Rundell will testify about matters concerning Saudi Arabia, including but not limited to cooperative efforts with the United States and other nations to combat terrorism, as they relate to the issues in these cases.

- **Lieut. Col. (ret.) Amir Safadi**

  Lieut. Col. Safadi will testify about the Israeli civil governance in the West Bank and the Second Intifada.

- **Maj. Gen. (ret.) Uri Sagie**

  Maj. Gen. Sagie will testify about Israel's intelligence structure and capabilities.

- **Paul Allen Schott, Esq.**
  Principal, WBC Financial Group, LLC and Consultant to the World Bank

  Mr. Schott will testify about banking regulatory and compliance issues as they relate to the issues in these cases.

- **Prof. Yuval Shany**
  Hersch Lauterpacht Chair in Public International Law, Hebrew University

  Prof. Shany will testify about issues of international law as they relate to the issues in these cases.

- **Prof. Avi Shlaim**
  British Academy Research Professor at St. Antony's College, University of Oxford

  Prof. Shlaim will testify concerning the relationship between and among Israel, Jordan and the Palestinian Authority, on the Oslo Accords, and on humanitarian needs in the West Bank and Gaza during the relevant period as they relate to the issues in these cases, as well as on other subjects as appropriate.

- **Pinhas Shmilovitch**

  Mr. Shmilovitch will testify about Israel's efforts against terrorists and terror organizations, regional cooperation for these purposes, and Israel's activities to thwart terrorist financing.

- **Prof. Stefan Talmon**
  Professor of Public International Law, St. Anne's College, University of Oxford

  Prof. Talmon will testify, as needed, on issues of international law as they relate to the issues in these cases.

- **Stephen Timewell**
  Editor-in-Chief Emeritus, The Banker, a Financial Times publication

  Mr. Timewell will testify as to the institutional reputation of Arab Bank and as to the banking industry generally in the Middle East as they relate to the issues in these cases.

- **Dr. Umayya Toukan**
  Governor of the Central Bank of Jordan

  Dr. Toukan will testify about banking laws and practices in Jordan and the banking industry in Jordan during the relevant period as they relate to the issues in these cases.

- **Eli Tsur**

  Mr. Tsur will testify on the historic authorization and regulation of the zakat committees in the Palestinian Territories by Israel.

- **Anne T. Vitale, Esq.**
  President, Vitale AML Consultants, Inc.

  Ms. Vitale will testify about banking rules and regulations in the United States and on international standards applicable to the policies and practices of Arab Bank as they relate to the issues in these cases.

- **Frank Edward Vogel**

  Mr. Vogel will testify on Saudization laws as they relate to the issues in these cases.