# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

T +1 212 259 8549
F +1 212 649 9408
ahoward@dl.com

January 31, 2012

**VIA ECF**

The Honorable Nina Gershon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Linde, et al. v. Arab Bank, PLC*, **Case No. CV 04-2799 (NG)(VVP) and related cases**

Dear Judge Gershon:

      We represent Defendant Arab Bank plc ("Arab Bank"). In accordance with Your Honor's ruling of December 19, 2011, enclosed please find the revised reports of expert witnesses Anne Vitale and Paul Allen Schott on behalf of Arab Bank.

                        Respectfully submitted,

                        Alan B. Howard

Enclosures

cc:     The Honorable Magistrate Judge Pohorelsky
       All Counsel on Attached Service List (by Electronic Mail)

Dewey & LeBoeuf LLP is a New York limited liability partnership.

NEW YORK | LONDON | WASHINGTON, DC | ABU DHABI | ALBANY | ALMATY | BEIJING | BOSTON | BRUSSELS
CHICAGO | DOHA | DUBAI | FRANKFURT | HONG KONG | HOUSTON | JOHANNESBURG (PTY) LTD. | LOS ANGELES
MADRID | MILAN | MOSCOW | PARIS | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | SILICON VALLEY | WARSAW

**SERVICE LIST**

**BY ELECTRONIC DELIVERY:**

**IN** *LITLE, ET AL. V. ARAB BANK, PLC,* **CV 04-5449 &** *BENNETT, ET AL. V. ARAB BANK, PLC***, CV 05-3183 &** *ROTH, ET AL. V. ARAB BANK, PLC,* **CV 05-3738 &** *WEISS, ET. AL. V. ARAB BANK, PLC,* **CV 06-1623 &** *JESNER, ET. AL. V. ARAB BANK, PLC, CV 06-3869*

**Liaison Counsel for** *Litle, Bennett, Roth, Weiss, and Jesner* **Plaintiffs:**
James P. Bonner, Esq (jbonner@lawssb.com)
STONE BONNER & ROCCO LLP
485 Seventh Avenue
Suite 1000
New York, N.Y. 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

**Co-Counsel for** *Litle, Bennett, Roth, Weiss, and Jesner* **Plaintiffs:**
Mark S. Werbner, Esq. (mwerbner@swtriallaw.com)
SAYLES WERBNER
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Telephone: (214) 939-8711
Facsimile: (214) 939-8787

**Co-Counsel for** *Litle, Bennett, Roth, and Weiss* **Plaintiffs:**
Richard D. Heideman, Esq. (rdheideman@hnklaw.com)
HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, NW
Fifth Floor
Washington, D.C. 20036
Telephone: (202) 462-8990
Facsimile: (202) 462-8995

Steven R. Perles, Esq. (sperles@perleslaw.com)
PERLES LAW FIRM, P.C.
1146 19th Street, NW
Washington, D.C. 20036
Telephone: (202) 745-1300
Facsimile: (202) 745-1858

**Co-Counsel for *Jesner* Plaintiffs:**
Jonathan David, Esq. (jonathan@thedavidlawfirm.com)
THE DAVID LAW FIRM, P.C.
10655 Six Pines Drive
Suite 260
The Woodlands, TX 77380
Telephone: (281) 296-9090
Facsimile: (281) 296-9494

**IN *LINDE, ET AL. v. ARAB BANK, PLC*, CV 04-2799 & *COULTER, ET AL. v. ARAB BANK, PLC,* CV 05-365**

**Liaison Counsel for *Linde* Plaintiffs; Co-counsel for the *Coulter* Plaintiffs**:
Andrew D. Friedman, Esq. (afriedman@gbgfriedman.com) *
GLANCY BINKOW & GOLDBERG LLP
430 Park Avenue, Suite 702
New York, New York 10022
Telephone: (212) 308-6300
Fax: (212) 308-6570

**Counsel for the *Coulter* Plaintiffs; Co-Counsel for *Linde* Plaintiffs:**
Gary M. Osen, Esq. (gmo@osen.us)
Peter Raven-Hansen (praven@law.gwu.edu)
OSEN LLC
2 University Plaza, Suite 201
Hackensack, NJ 07601
Telephone: (201) 265 6400

Steven M. Steingard, Esq. (ssteingard@kohnswift.com)
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

**IN *ALMOG, ET AL. v. ARAB BANK, PLC*, CV 04-5564 & *AFRIAT-KURTZER, ET AL. V. ARAB BANK, PLC,* CV 05-388 & *LEV, ET AL. V. ARAB BANK, PLC,* CV 08-3251**

**Counsel for *Almog,  Afriat-Kurtzer & Lev* Plaintiffs**
Ronald L. Motley, Esq. (rmotley@motleyrice.com)
John M. Eubanks, Esq. (jeubanks@motleyrice.com)
Michael Elsner, Esq. (melsner@motleyrice.com)
MOTLEY RICE LLC
28 Bridgeside Boulevard

P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

**Counsel for *Almog* & *Afriat-Kurtzer* Plaintiffs**
Gaveriel Mairone, Esq.
MM~LAW LLC
Rehov HaMered 25
Trade Tower, Suite 3000
Tel-Aviv, 61501, Israel
Telephone: +972-3-517-00-88

**Co-Counsel for *Almog* & *Lev* Plaintiffs**
Allan Gerson, Esq. (ag@ag-il.com)
AG INTERNATIONAL LAW, PLLC
2131 S. Street NW
Washington, D.C. 20008
Telephone: (202) 234-9717

**Additional Counsel for *Almog* Plaintiffs**
Gregory P. Joseph, Esq. (gjoseph@josephnyc.com)
GREGORY P. JOSEPH LAW OFFICES LLC
805 Third Avenue
31st Floor
New York, NY 10022
Telephone: (212) 407-1200
Facsimile: (212) 407-1299

**IN *AGURENKO, ET AL. v. ARAB BANK, PLC*, CV 10-626**

**Counsel for *Agurenko* Plaintiffs**
David S. Stone (dstone@stonemagnalaw.com)
Stone & Magnanini, LLP
150 JFK Parkway
4th Floor
Short Hills, NJ 07078
973-218-1111
Fax: 973-218-1106