# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of April, two thousand and thirteen.

_____

Courtney Linde, individually and for the Estate of John Linde, Jr., *et al.*,

Plaintiff-Appellees,

v.

Arab Bank, PLC,

Defendant-Appellant.

_____

STATEMENT OF COSTS

Docket No. 10-4519

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,819.29 in favor of Plaintiffs-Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/30/2013