Case 1:04-cv-02799-BMC-PK   Document 958   Filed 05/31/13   Page 1 of 1 PageID #: 60474

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Linde, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 04-CV-2799 and all related actions |
| Arab Bank, PLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Arab Bank, PLC .

Date: 05/31/2013

/s/ Anthony Paul Coles
*Attorney's signature*

Anthony Paul Coles (AC-7942)
*Printed name and bar number*

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

*Address*

anthony.coles@dlapiper.com
*E-mail address*

(212) 335-4844
*Telephone number*

(212) 884-8644
*FAX number*