# Exhibit A

## Stephens, Shand S.

| | |
|---|---|
| **From:** | Elsner, Mike <melsner@motleyrice.com> |
| **Sent:** | Monday, July 29, 2013 12:00 PM |
| **To:** | Matystik, Matthew; ag@ag-il.com; gmo@osen.us; jbonner@lawssb.com; Flowers, Jodi; Eubanks, John; mwerbner@swtriallaw.com; emacallister@perleslaw.com; njnudelman@hnklaw.com; praven@law.gwu.edu; rdheideman@hnklaw.com; Motley, Ronald L.; sperles@perleslaw.com; ssteingard@kohnswift.com; trkalik@hnklaw.com; afriedman@gbgfriedman.com; jonathan@thedavidlawfirm.com; nbw@osen.us; as@osen.us; nglazer@kohnswift.com; sschwartz@kohnswift.com; jisrael@swtriallaw.com; mmlaw@mm-law.com; Mairone, Ariel; au@osen.us; dstone@stonemagnalaw.com; Frutig, Brian; crendell@stonemagnalaw.com; jspiro@stonemagnalaw.com; Parrett, Vince; agoelman@zuckerman.com; pkolker@zuckerman.com; cts@osen.us; jdg@osen.us; Bena@mm-law.com |
| **Cc:** | Stephens, Shand S.; Walsh, Kevin; Coles, Anthony P.; Mateyschuk, Douglas; Young, Steven |
| **Subject:** | RE: Arab Bank's Proposed Further Supplement to the Joint Pre-Trial Order |
| **Attachments:** | 2013-07-29 AB Further PTO Supplement.doc |

Dear Shand,

On behalf of all Plaintiffs we object to the untimely supplement to the Joint Pre-Trial Order and the inclusion of expert witnesses that have been specifically excluded by the Court's prior orders.  Nevertheless, to the extent you again seek to re-litigate these issues, we believe that you should file the supplement with the Court today in order that it may be addressed on Tuesday.  In your letter to the Court seeking to supplement the PTO, Plaintiffs objections should be noted.

Michael Elsner

**Michael E. Elsner** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464 | melsner@motleyrice.com
**o.** 843.216.9250 | **c.** 843.834.4721 | **f.** 843.216.9450

---

**From:** Matystik, Matthew [mailto:Matthew.Matystik@dlapiper.com]
**Sent:** Monday, July 29, 2013 11:16 AM
**To:** ag@ag-il.com; Elsner, Mike; gmo@osen.us; jbonner@lawssb.com; Flowers, Jodi; Eubanks, John; mwerbner@swtriallaw.com; emacallister@perleslaw.com; njnudelman@hnklaw.com; praven@law.gwu.edu; rdheideman@hnklaw.com; Motley, Ronald L.; sperles@perleslaw.com; ssteingard@kohnswift.com; trkalik@hnklaw.com; afriedman@gbgfriedman.com; jonathan@thedavidlawfirm.com; nbw@osen.us; as@osen.us; nglazer@kohnswift.com; sschwartz@kohnswift.com; jisrael@swtriallaw.com; mmlaw@mm-law.com; Mairone, Ariel; au@osen.us; dstone@stonemagnalaw.com; Frutig, Brian; crendell@stonemagnalaw.com; jspiro@stonemagnalaw.com; Parrett, Vince; agoelman@zuckerman.com; pkolker@zuckerman.com; cts@osen.us; jdg@osen.us; Bena@mm-law.com
**Cc:** Stephens, Shand S.; Walsh, Kevin; Coles, Anthony P.; Mateyaschuk, Douglas; Young, Steven
**Subject:** Arab Bank's Proposed Further Supplement to the Joint Pre-Trial Order

Please see the below message sent on behalf of Shand Stephens.

Counsel:

Attached please find the Bank's proposed Further Supplement to the Joint Pre-Trial Order.   Please let us know if you have any objections to us filing it with the Court at the appropriate time.

Shand

**Shand S Stephens**
Partner

**E** shand.stephens@dlapiper.com



**DLA Piper** LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
**T** +1 212 335 4594
**F** +1 212 335 4501
**M** +1 415.264.0404
www.dlapiper.com

555 Mission Street, Suite 2400
San Francisco, California 94105-2933
**T** +1 415.615.6028
**F** +1 415.659.7328
**M** +1 415.264.0404

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.