# Exhibit 2-A
# Gnehm Transcript

*COURTNEY LINDE, et al. VS.*

*ARAB BANK, PLC*

---

*EDWARD W. GNEHM, JR. (DE BENE ESSE)*

*March 30, 2012*

*CONFIDENTIAL*

---



**Ellen Grauer**
**COURT REPORTING** Co. LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

*Original File 100071B.TXT*
*Min-U-Script® with Word Index*

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF NEW YORK
     ----------------------------------------X
3    COURTNEY LINDE, et al.,

4                         Plaintiffs,
     - against -
5
     ARAB BANK, PLC,
6
                         Defendant.
7
     CASE NO.: CV 042799
8    ----------------------------------------X
     PHILIP LITLE, et al.,
9
                         Plaintiffs,
10   - against -

11   ARAB BANK, PLC,

12                        Defendant.

13   CASE NO.: CV 045449
     ----------------------------------------X
14   (Caption continues on next page)

15      * * *  C O N F I D E N T I A L  * * *

16                     1101 New York Avenue, NW
                       Washington, DC
17
                       March 30, 2012
18                     12:09 p.m.

19        Videotaped De Bene Esse Deposition of
     EDWARD W. GNEHM, JR., before Lee Bursten, Registered
20   Professional Reporter, Certified Realtime Reporter,
     and Notary Public in and for the District of
21   Columbia.

22

23        ELLEN GRAUER COURT REPORTING CO. LLC
             126 East 56th Street, Fifth Floor
24              New York, New York 10022
                    212-750-6434
25                  REF: 100071B

```
 1           GNEHM (DE BENE ESSE) - CONFIDENTIAL
 2    Australia?
 3           A      One year.
 4           Q      And what happened at the end of that year?
 5           A      Everyone will remember that in the year
 6    2000, there was a presidential election.  President
 7    Clinton left office in January.  A new President,
 8    Bush, came into office.  And since all ambassadors
 9    serve at the will of the President, any President has
10    the right, at any point in time, frankly, but usually
11    at a change in administrations, to review who he
12    wants at different posts representing him.  In this
13    particular case, the President had a person that he
14    wanted to be his ambassador in Australia, and that
15    led to my transfer.
16           Q      And where were you transferred?
17           A      I was transferred to Amman.  I remember
18    vividly the phone call from Secretary of State
19    Powell.
20           Q      This is Colin Powell?
21           A      Colin Powell, telling me that he had been
22    baffled from the moment he got into office as to why
23    this person that he knew so well from the Kuwait days
24    when he was Chairman of Joint Chiefs was sitting in
25    the English-speaking Australia.  I told him I was
```

```
1              GNEHM (DE BENE ESSE) - CONFIDENTIAL

2    studying Aussie.  He laughed and he said, "Yes, but

3    you're going to Amman, Jordan as ambassador."  I

4    said, "I am?"  He said, "Yes, I hope you're okay with

5    that."

6              I said, "Yes, I'm okay with that, it's just

7    that I like Australia."  But yes, and so I ended up

8    moving from Australia back to Washington, of course,

9    for that same confirmation process, to Jordan.  And

10   in this case, I was a nominee of President Bush.

11        Q    When you had that phone call with Secretary

12   of State Colin Powell, you mentioned he had known you

13   from Kuwait days.  In what capacity had he known you?

14        A    I first met Secretary Powell when I was in

15   the Defense job.  He at that time was Deputy National

16   Security Advisor at the White House.  And I would

17   often be the person sitting behind the principal

18   Defense Department representative at National

19   Security Council meetings, deputy meetings.  So that

20   I got to know him quite a bit then.

21              He then became National Security Advisor.

22   By the time that we reached the Kuwait moment of

23   history, he had become Chairman of the Joint Chiefs

24   of Staff.  And I continued to see him and work with

25   him as we prepared for the military buildup, and
```

```
 1              GNEHM (DE BENE ESSE) - CONFIDENTIAL
 2    ultimately the liberation.
 3         Q      And so was it your understanding that
 4    Secretary of State Powell personally wanted you to
 5    take this position as Ambassador to Jordan?
 6              MR. GOELMAN:  Objection.  Foundation,
 7    leading.
 8    BY MR. HOWARD:
 9         Q      What did he tell you when he spoke to you
10    in that phone call?
11         A      When he called me, he said Skip, I need you
12    very desperately back in the Middle East, the next
13    couple of years are going to be very difficult years,
14    I need to know -- I need to have confidence, I need
15    to have people that I know personally, that I have
16    confidence in, and I really need you in Jordan.
17         Q      Did you have an understanding as to the
18    importance of Jordan as part of the US foreign policy
19    in the Middle East?
20         A      Oh, certainly.
21         Q      Can you describe that for us?
22         A      Because I had been there as Deputy Chief of
23    Mission earlier, so I was returning to Jordan for my
24    second tour, and the importance of Jordan is
25    enormous.
```

```
 1           GNEHM (DE BENE ESSE) - CONFIDENTIAL

 2    its west.  There was a Baathi socialist regime north

 3    of the country, in Syria.  While the country tried to

 4    maintain the best possible relations, there was a

 5    history of Syrian intervention in Jordan.

 6               And the Syrian acquiescence, the Syrian

 7    government acquiescence and infiltration, both to

 8    destabilize Jordan as well as Israel.  And to the

 9    south, if I might say so, a Wahhabi Saudi Arabia

10    that, while again, the Kingdom of Jordan tried to

11    maintain good relations, there was an enormous amount

12    of friction over proselytizing in the southern part

13    of the country.

14       Q     Just to complete the record of your

15    employment, for how long did you remain as the US

16    Ambassador to the Kingdom of Jordan?

17       A     Three years.

18       Q     And that ended in 2004?

19       A     Correct.

20       Q     And that's when you took retirement from

21    the Foreign Service?

22       A     I did opt to retire.

23       Q     Did you ever -- during your 36 years'

24    tenure in Foreign Service in the Department of State,

25    did you ever receive any awards for your service?
```

GNEHM (DE BENE ESSE) - CONFIDENTIAL

1

2      A      I did.  I received a number of awards.  I

3  received the Presidential Distinguished Service Award

4  in 2000.

5      Q      What was that for?

6      A      That was for my service as Director General

7  of the Foreign Service, and also my prior services in

8  both New York and Kuwait.  I received the Secretary

9  of State's Distinguished Service Award for my three

10  years in Jordan when I retired.  This was directly

11  related to the support which I and the embassy gave

12  for the military effort in Iraq from 2003 to 2005,

13  actually, which began in 2002.

14              I received a number of other awards, but I

15  think perhaps the two that mean most to me -- or also

16  mean a lot to me were two awards from two different

17  Secretaries of Defense, from Weinberger for my time

18  there as Deputy Assistant Secretary of Defense, and

19  from -- I'm sorry, I forgot the other Secretary of

20  Defense -- for my service in Kuwait in support for US

21  forces in Kuwait.

22      Q      And that was during the liberation?

23      A      Yes, during the liberation.

24      Q      We're going to turn now to a more detailed

25  discussion of your role as Ambassador of the Kingdom

```
 1              GNEHM (DE BENE ESSE) - CONFIDENTIAL

 2    two and between the two governments in the course of

 3    a visit.

 4    BY MR. HOWARD:

 5         Q     Did you personally have discussions with

 6    King Abdullah about the issue of terrorism?

 7         A     I had an incredible number of meetings,

 8    conversations I should say, with the King on the

 9    issue of terrorism.  It was -- if I might just note,

10    that I arrived in Amman, Jordan September 10th.

11         Q     2001?

12         A     Of 2001.

13         Q     The day before the World Trade Center

14    bombings?

15         A     The evening before the World Trade Center

16    bombings.  I say that because it dramatically defined

17    the issues I was going to have to deal with for the

18    next several months constantly, and then derivatively

19    throughout my tour, which was terrorism and attacks.

20              MR. GOELMAN:  I'm going to move to strike

21    as nonresponsive to the question of whether or not he

22    personally had discussions with King Abdullah.

23    BY MR. HOWARD:

24         Q     Let me ask you this, Ambassador.  What was

25    the first conversation you had with King Abdullah on
```

```
 1              GNEHM (DE BENE ESSE) - CONFIDENTIAL

 2    any topic after your arrival as US Ambassador to

 3    Jordan September 10th, 2011?

 4        A       Yes, I was going to mention that within

 5    certainly no longer than 30 minutes of the first --

 6    the plane hitting the first Trade Tower, I received a

 7    call from King Abdullah, who was in his plane off the

 8    coast of Nova Scotia en route to Texas and then to

 9    Washington.  And he wanted to know what he should do.

10              And I said you do whatever the air traffic

11    controllers tell you to do at this point.  He said,

12    well, I'm going to divert and go to Washington

13    because I want to be at the White House with the

14    President in front of cameras to let the American

15    public know that Muslims do not support terrorism, we

16    are against the violence that this represents.

17              And I said you can't do that, you don't

18    understand, airports are closed.  I don't care, I'm

19    going, because the President and the American public

20    needs to know that we oppose these kinds of

21    terroristic activities of any sort.  And I -- in

22    talking to the Queen afterwards, we finally convinced

23    him that he needed to turn around and go back to

24    London, which is what he did.

25              But his instinct was to come to Washington,
```

1          GNEHM (DE BENE ESSE) - CONFIDENTIAL

2    stand beside the President and make it clear to the

3    President and the American public that he, an Islamic

4    leader in the region, stood by the American people

5    against terrorism.

6          Q      And --

7          A      That was the first conversation I had on

8    the subject.

9          Q      And in the months after September 11th, did

10   you have other conversations with King Abdullah on

11   the topic of terrorism?

12         A      Many.  And they at times related to

13   specific issues and moments.  There was later in my

14   tour an unfortunate assassination of an American

15   Embassy employee by terrorists who were affiliated

16   with Zarqawi, a fairly famous name at the time, and

17   also an Iraqi, who was later killed, by the way,

18   thanks to intelligence information that the

19   Jordanians gave us.  They came in from Syria,

20   infiltrated, cased out individuals, selected him,

21   assassinated him.

22                In conjunction with that assassination, not

23   only was the King on the phone with me and did I see

24   him like two or three times that day on the issue,

25   but he mobilized all of the institutions of the

CONFIDENTIAL

1            GNEHM (DE BENE ESSE) - CONFIDENTIAL

2    these reports, whether it was raised by my economic

3    counselor, who was acutely aware of the importance of

4    the Arab Bank in the economy, or by myself or others,

5    I can't recall at this moment, but it was as a result

6    of that -- of a discussion that we all believed it

7    was important that we try and find out as much as we

8    could about the bank and make that information

9    available to the US Government.

10          So I directed them to do that.  They did

11    their research, they did their conversations.  I had

12    my conversations with different officials.  And we

13    all fed that information back into the officer who

14    was drafting the cable and produced --

15    Q    Let me just stop you there.  So as I

16    understand it, you directed that the work be done to

17    prepare the cable; is that correct?

18    A    Yes.

19          MR. GOELMAN:  I object to leading.

20    BY MR. HOWARD:

21    Q    Was that something you personally did?

22    A    I believe so.

23    Q    And the actual research component with

24    statistics and things like that that are included in

25    the cable, was that something you participated in

```
 1            GNEHM (DE BENE ESSE) - CONFIDENTIAL

 2    personally?

 3        A      Largely done by my staff.

 4        Q      What personal involvement did you then have

 5    with, as you put it, conversations or collecting

 6    information that was then reflected in the report?

 7            MR. GOELMAN:  I object to form.

 8        A      In my conversations, as I recollected at

 9    ten years later, that I did in fact have

10    conversations with the King, I had conversations with

11    the Prime Minister, I had conversations with the

12    Minister of Finance and with the head of the Central

13    Bank about the Arab Bank, what it meant to Jordan,

14    how it was a part of the banking system and under the

15    supervision and control of the Central Bank

16    Authority, and clearly from a number of them, the

17    observation that it would be absolutely impossible to

18    tolerate any actions by the Arab Bank that would have

19    supported in any way terrorism or terrorist activity.

20            I fed that into the system at the embassy

21    as we were gathering information, and it was

22    incorporated into this cable.

23    BY MR. HOWARD:

24        Q      How did you feed it into the system, to use

25    your words?
```

1          GNEHM (DE BENE ESSE) - CONFIDENTIAL

2    expressed in the cable that's Exhibit B?

3              MR. GOELMAN:   I object to form.

4       A      The most important objective the King and

5    the country have is for there to be a peaceful

6    resolution of the Israeli-Palestinian question.   And

7    any effort by any organization, including the Arab

8    Bank, that was involved in any way in the support of

9    terrorism or terrorist attacks would directly

10   contradict and in fact block success of a peaceful

11   resolution to the dispute.

12   BY MR. HOWARD:

13      Q      And how did that understanding -- let me

14   ask you first, your understanding of that, was

15   that -- what was that based on?   Your understanding

16   of the Jordanian viewpoint.

17      A      It was based on countless conversations

18   with officials, including the King, about the

19   importance of a peaceful resolution to the stability,

20   the security, and the long-term prosperity of the

21   kingdom.

22      Q      And how did your understanding of the

23   Jordanian viewpoint in that regard factor in your

24   conclusions concerning the Arab Bank as expressed in

25   the cable that's Exhibit B?

1    GNEHM (DE BENE ESSE) - CONFIDENTIAL

2         MR. GOELMAN:  I object to form.

3    A    That terrorist activity, suicide bombings,

4    whatever means in which that violence is carried out,

5    directly undermines any hope of achieving

6    reconciliation between Israelis and Palestinians.

7    And therefore, to permit any institution that's

8    operating in the country to do anything like that

9    would be incredible.

10   BY MR. HOWARD:

11        Q    And the second point you raise about the

12   economic relationship between the US and Jordan,

13   again, what was that based upon?

14        A    Multiple conversations, again, with the

15   King, with the Prime Minister, and with a number of

16   officials, but private citizens as well in Jordan.

17   The criticality of Jordan's close alliance

18   relationship with the United States was ever-present,

19   fundamental, basic.  For security reasons, yes; but

20   particularly for economic reasons, in that the United

21   States is the major supporter of the Jordanian

22   economy.

23        That is based on a belief here in

24   Washington, on the Hill, on Members of Congress, and

25   among other people here in the administrations, both

```
 1            GNEHM (DE BENE ESSE) - CONFIDENTIAL

 2                 MR. GOELMAN:  Objection.  Form, foundation.

 3       A     Absolutely not.

 4  BY MR. HOWARD:

 5       Q     Paragraph 9, we looked at this at the

 6  beginning of looking at the cable.  This is the

 7  reference, the reference to the two reports, the

 8  public reports discussing Arab Bank in connection

 9  with the movement of funds to purported terrorists.

10  Do you recall that?

11       A     Yes.

12       Q     At the very end of that paragraph, the

13  cable states, "None of these reports suggest that

14  Arab Bank management was aware of such transactions."

15  Why, if you know, was that language included with

16  this paragraph?

17                 MR. GOELMAN:  Objection, foundation.

18       A     Simply a statement of fact, that there

19  wasn't indeed in either of those reports, to use the

20  words of the cable, suggestions that the Arab Bank

21  management was aware of such transactions.

22       Q     And what was the significance to you of

23  that fact?

24       A     That again, there might be an implication

25  of that, but again, it was simply inconceivable that
```

```
 1              GNEHM (DE BENE ESSE) - CONFIDENTIAL
 2     they would be involved in that for the reasons that I
 3     gave earlier.
 4              MR. GOELMAN:  Move to strike for the same
 5     reasons.
 6     BY MR. HOWARD:
 7         Q      Ambassador Gnehm, I want you to turn now to
 8     paragraph 15, the last paragraph.  Actually, let's
 9     turn to the last page, if you will.  Just after
10     paragraph 15, there's actually a concluding paragraph
11     16, which states, "This message has been cleared by
12     ConGen Jerusalem."  What does that indicate?
13         A      ConGen is short internal jargon of the
14     Consulate General in Jerusalem.  As a consequence of
15     history, the Consulate General in Jerusalem has
16     territorial authority, meaning its domain, if you
17     will, includes the West Bank.
18              And therefore, since we were writing a
19     cable about the Arab Bank, and the Arab Bank was
20     operating in the West Bank, in fact we make
21     references to that throughout, it is common practice
22     and it would have been the wise thing to do was to
23     send your draft to Jerusalem to see if there were any
24     factual errors or any information that they might
25     have available about the operations in the West Bank
```

```
1              GNEHM (DE BENE ESSE) - CONFIDENTIAL

2        Q      Yes, you may.

3              MR. GOELMAN:  I object to the form, since

4    that's not a question.  That's not the way testimony

5    is elicited in courtrooms.

6    BY MR. HOWARD:

7        Q      Please, Ambassador Gnehm, if you want to

8    add to the record as to your role in the creation of

9    this cable, please go ahead.

10       A      Yes, because the conversation here that

11   says privately by the Governor was one I had with

12   him.

13       Q      So with that additional notation, what was

14   the intent of communicating the content of paragraph

15   15 as you just read it from the embassy in Jordan

16   back to Washington?

17       A      It is our conclusion based on our knowledge

18   of the bank and of Jordan's relationship with the

19   United States and with Israel and its policies on

20   terrorism, that it would be absolutely

21   incomprehensible for the Jordanian government to

22   permit the bank to be involved in any activities that

23   would in fact undermine the state.

24       Q      And would that include any kind of policy

25   to support terrorism or any acts to support
```

1                        C E R T I F I C A T E

2

3              I, Lee Bursten, the officer before whom the

4     foregoing deposition was taken, do hereby certify

5     that the foregoing transcript is a true and correct

6     record of the testimony given; that said testimony

7     was taken by me stenographically and thereafter

8     reduced to typewriting under my direction; and that I

9     am neither counsel for, related to, nor employed by

10    any of the parties to this case and have no interest,

11    financial or otherwise, in its outcome.

12             IN WITNESS WHEREOF, I have hereunto set my

13    hand and affixed my notarial seal this 11th day of

14    April, 2012.

15

16

17

18

19

20    _____

21    Lee Bursten

22    NOTARY PUBLIC IN AND FOR

23    THE DISTRICT OF COLUMBIA

24    My commission expires June 30, 2014.

25

*COURTNEY LINDE, et al. VS.*

*ARAB BANK, PLC*

---

*EDWARD W. GNEHM, JR.*

*July 26, 2012*

*Confidential*

---



**Ellen Grauer**
**COURT REPORTING** Co. LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

*Original File 100914.TXT*

*Min-U-Script® with Word Index*

1   UNITED STATES DISTRICT COURT

2   EASTERN DISTRICT OF NEW YORK
    -------------------------------------------X
3   COURTNEY LINDE, et al.,

4                          Plaintiffs,
    - against -
5
    ARAB BANK, PLC,
6
                         Defendant.
7
    CASE NO.: CV 042799
8   -------------------------------------------X
    PHILIP LITLE, et al.,
9
                         Plaintiffs,
10  - against -

11  ARAB BANK, PLC,

12                       Defendant.

13  CASE NO.: CV 045449
    -------------------------------------------X
14  (Caption continues on next page)

15      * * *  C O N F I D E N T I A L  * * *

16                          500 Eighth Street, NW
                            Washington, DC
17
                            July 26, 2012
18                          9:43 a.m.

19

20      Videotaped De Bene Esse Deposition of EDWARD W.
    GNEHM, JR., before Lee Bursten, Registered Professional
21  Reporter, Certified Realtime Reporter, and Notary
    Public in and for the District of Columbia.
22

23      ELLEN GRAUER COURT REPORTING CO. LLC
          126 East 56th Street, Fifth Floor
24            New York, New York 10022
                   212-750-6434
25                 REF:  100914

Confidential                                                    307

1          GNEHM (DE BENE ESSE) - CONFIDENTIAL

2               MR. WALSH:   I do wish you wouldn't

3    mischaracterize Ambassador Gnehm's testimony that

4    way.

5               MR. GOELMAN:   I think asked and answered is

6    a mischaracterization of the testimony, as the record

7    will reveal.

8          A     I gave you an answer which I think

9    correctly provides the Court the information that I

10   had available to me that leads me to make the

11   judgmental decisions that I made.

12   BY MR. GOELMAN:

13         Q     But the judgment that you make, the opinion

14   that you expressed assumes, and you can say whatever

15   the assumption is based on, but it assumes knowledge

16   by the Jordanian government of what the Arab Bank is

17   doing.   True?

18              MR. WALSH:   I object to the

19   mischaracterization of Ambassador Gnehm's testimony.

20         A     I said I was confident that the government

21   of Jordan had the capability to be aware of what

22   organizations operating in its country were doing.

23   BY MR. GOELMAN:

24         Q     Do you know what reviews of Arab Bank

25   account holders the Jordanian government performed

Confidential                                                                    308

1              GNEHM (DE BENE ESSE) - CONFIDENTIAL

2    between 2001 and 2004?

3         A       Not specifically.

4         Q       What about generally?

5                 MR. WALSH:  I object to foundation and

6    form.

7         A       Generally, I know that they are -- that

8    they monitor all the banking operations in the

9    country, and that includes the Arab Bank.

10   BY MR. GOELMAN:

11        Q       How do they monitor the Arab Bank

12   operations in the country?

13        A       They have banking regulations which banks

14   must comply with in terms of a number of different

15   ways.  I'm not privy to all of them.  I'm not an

16   expert in this particular matter.  But it's a matter

17   of banking records.  It's a matter of access by

18   inspectors who can check into accounting and

19   transmittals.  I think there's even a requirement in

20   Jordan that any amounts transferred over a certain

21   limit are automatically investigated and checked to

22   ascertain both the sender and the receiver.

23                That's an example.

24        Q       Do you know what actual reviews the

25   government of Jordan performed on Arab Bank account

```
1              GNEHM (DE BENE ESSE) - CONFIDENTIAL
2   holders during this period of time?
3        A       I told you, I do not know about specifics.
4        Q       Do you know what actual reviews of Arab
5   Bank transactions the government of Jordan performed
6   during this period of time?
7        A       I'm not a banking regulator or employee of
8   the bank.  I don't know.
9        Q       During your years in Jordan, on either your
10  first or second tour, did you ever visit an Arab Bank
11  branch in the Palestinian territories?
12       A       No, I did not.
13       Q       What about an Arab Bank branch in Jordan?
14       A       No, I did not.
15       Q       So if there were Hamas posters glorifying
16  suicide bombers on the walls of these Arab Bank
17  branches, you would have no way of knowing that,
18  true?
19              MR. WALSH:  Objection to form.  Calls for a
20  legal conclusion.
21       A       I have no reason to believe there are or
22  aren't pictures.
23  BY MR. GOELMAN:
24       Q       Have you ever spoken to an employee of an
25  Arab Bank branch?
```

Confidential                                    310

1              GNEHM (DE BENE ESSE) - CONFIDENTIAL

2         A      Not to my knowledge.

3         Q      And you spoke to Mr. Shoman, Abdul-Majid

4    Shoman, correct?

5         A      Correct.

6         Q      And his son, correct?

7         A      Yes.   Abdul-Hamid.

8         Q      But did you speak to either of them about

9    terrorism?

10        A      No.

11        Q      Do you know the identity of any Arab Bank

12   customers in the period 2001 to 2004?

13        A      Do I know of?

14        Q      Do you know what the identity of any Arab

15   Bank customers were during that period of time?

16        A      No.

17        Q      Do you know how many specially designated

18   global terrorists were Arab Bank customers during

19   this period of time?

20               MR. WALSH:  Objection to form.  Foundation.

21        A      No.

22   BY MR. GOELMAN:

23        Q      You were hired in 2010, true?

24        A      Hired?

25        Q      I'm sorry.  You were hired by the Arab Bank

```
1              GNEHM (DE BENE ESSE) - CONFIDENTIAL

2        Q       Turn to the third page, please.  Do you see

3    the Arab Bank stamp?

4        A       Yes.

5        Q       Is the date of this particular document

6    October 16th, 2000?

7        A       Yes, it is.

8        Q       US dollar currency?

9        A       Yes.

10       Q       The "Harakat Al Mukawamah Al Islamiya

11   Hamas"?

12       A       Yes.

13       Q       Do you know whether Hamas maintained a

14   website during the Second Intifada that asked people

15   to donate to an Arab Bank account to support the holy

16   warriors?

17       A       No, I don't know.

18       Q       Do you know whether the Saudi Committee for

19   the Intifada Al-Quds banked with the Arab Bank?

20       A       No, I don't.

21       Q       Do you know whether the Arab Bank

22   distributed death benefits from the Saudi Committee

23   for the Support of the Intifada Al-Quds to the

24   families of Palestinian suicide bombers?

25               MR. WALSH:  I object to the form of the
```

1              GNEHM (DE BENE ESSE) - CONFIDENTIAL

2    question.

3         A    No, I don't know.

4    BY MR. GOELMAN:

5         Q    Were you aware of a program that Saddam

6    Hussein sponsored before the US invasion in 2003

7    whereby he provided the family of every Palestinian

8    suicide bomber with $25,000?

9         A    I remember there was a public statement to

10   that effect, yes, carried by the news media.  That's

11   my only knowledge of that.

12        Q    And is it fair to say that in about 2002,

13   $25,000 was a great deal of money to most

14   Palestinians?

15        A    Yes, $25,000 is a lot of money.

16        Q    Do you know whether Arab Bank distributed

17   any of these payments of Saddam Hussein to the

18   families of suicide bombers?

19        A    No, I don't.

20             MR. GOELMAN:  Please mark this as Gnehm N.

21             (Gnehm Exhibit N was marked for

22   identification and attached to the deposition

23   transcript.)

24   BY MR. GOELMAN:

25        Q    Professor Gnehm, this contains two

```
1              GNEHM (DE BENE ESSE) - CONFIDENTIAL

2     Committee for the Support of the Intifada Al-Quds

3     except what you've read in the newspapers?

4         A      That's correct.

5         Q      You've read the complaints in this case or

6     most of them?

7         A      Yes.

8         Q      Including those related to the allegations

9     about the activities of the Saudi Committee for the

10    Support of the Intifada Al-Quds?

11        A      Yes.

12        Q      Is it fair to say that you don't have any

13    idea as to whether those allegations made against

14    Arab Bank in this case are true or not?

15              MR. WALSH:  I object to the form of the

16    question.

17        A      I have no independent information from what

18    I read in the complaints.

19    BY MR. GOELMAN:

20        Q      So is it fair to say you don't know whether

21    Arab Bank actually did or did not knowingly support

22    terrorism?

23              MR. WALSH:  I object to the form of the

24    question.

25        A      No, I think that's leading me into
```

```
 1          GNEHM (DE BENE ESSE) - CONFIDENTIAL

 2   something that I didn't say and don't reach that

 3   conclusion from what I said in the answer before.

 4   BY MR. GOELMAN:

 5        Q    So the question is, is it fair to say you

 6   don't know whether Arab Bank actually did knowingly

 7   support terrorism?

 8             MR. WALSH:  Asked and answered.

 9        A    I answered the way I did because I answered

10   earlier why I was fairly convinced that the Arab Bank

11   would not be involved in this --

12   BY MR. GOELMAN:

13        Q    You're --

14        A    -- kind of activity.

15        Q    You're willing to opine whether or not the

16   Arab Bank would or would not have supported

17   terrorism, right?

18        A    Right.

19        Q    But you don't know whether the Arab Bank

20   actually did or did not support terrorism?

21             MR. WALSH:  I object to the form of the

22   question and the mischaracterization of the prior

23   testimony.

24        A    I can't say that I know.  But as I said

25   earlier, it seems to me quite clear that it would be
```

1              GNEHM (DE BENE ESSE) - CONFIDENTIAL

2       a completely out of question for them to be involved

3       in this kind of activity.

4       BY MR. GOELMAN:

5              Q      Is it true that one of the biggest funders

6       of your organization, the Middle East Policy Council,

7       is the government of Saudi Arabia?

8              A      I believe the government has in the past --

9       I'm sorry.  The government of Saudi Arabia has in the

10      past been a major contributor, yes.

11             Q      And are you aware -- you've already

12      testified you are aware of the allegations in this

13      case involving the activities of the Saudi Committee

14      for the Support of the Intifada Al-Quds, correct?

15             A      From reading the complaint.

16             Q      Are you aware of the Saudi royal family's

17      involvement in the Saudi Committee for the Support of

18      the Intifada Al-Quds?

19             A      No, I couldn't describe that.

20             Q      Is it accurate that the Saudi government

21      owns 17 percent of the shares of Arab Bank?

22                    MR. WALSH:  I object to the form of the

23      question.

24             A      I believe that that's the way the reporting

25      cable that we discussed earlier describes it.

GNEHM (DE BENE ESSE) - CONFIDENTIAL

conversation.  You may answer, sir.

A    I -- there was Doug and Howard were the two

lawyers who were with me during our last -- the March

depositions.  And I think it was just casually

mentioned in that conversation that they -- that the

agreement was for me as an expert, but that we would

deal with that in time.  I mean, I didn't -- that's

why I'm not accepting your words that I was told I

wasn't going to get paid or I wasn't -- that I had no

relationship with the law firm.  I assumed I still

did, and was told I did.

BY MR. GOELMAN:

Q    I'm sorry --

A    I assumed that I had a relationship,

ongoing relationship with the law firm, and I was

assured that I did.

Q    What is your understanding sitting here

today testifying, about whether or not you were going

to be paid for your deposition testimony?

MR. WALSH:  I object to the form of the

question.

A    Are you asking me what I know now?

BY MR. GOELMAN:

Q    Yes.

Confidential

1          GNEHM (DE BENE ESSE) - CONFIDENTIAL

2      A       Okay.  Following the deposition, and I was

3  aware even at that time, as I think everyone was at

4  the previous law firm, Dewey & LeBoeuf, was

5  dissolving, and since my relationship had been with

6  that law firm, and I think I also mentioned in my

7  previous deposition, Geoff Coll, as the person who

8  originally called me, the one who asked that I be

9  involved, he was the one that had provided me with

10  the plaintiff complaints, those sorts of things.

11          And so it was prudent on my part to call

12  him while he was still working for the law firm to

13  address the question that you're asking me, what is

14  my status and what will be done.  And I was told that

15  the decision had been made across the board that

16  those agreements that had been in place would be

17  adhered to for the period of time in which we were

18  fact witnesses as well as they had been previously.

19      Q       So your expectation is that you will be

20  paid the $750 an hour for this testimony that is

21  reflected in the engagement agreement?

22          MR. WALSH:  I object to the form of the

23  question.

24      A       Yes.

25  BY MR. GOELMAN:

**Confidential**

```
 1              GNEHM (DE BENE ESSE) - CONFIDENTIAL

 2        Q        And the $500 per hour for any kind of prep

 3   time that you spent?

 4        A        Right.

 5        Q        And it's true, is it not, that your work on

 6   behalf of Arab Bank in this case has not caused you

 7   to forego any other income?

 8              MR. WALSH:  I object to the form of the

 9   question.

10        A        No.

11   BY MR. GOELMAN:

12        Q        It is true?

13        A        Yes.  Sorry.  No, I have not had to forego

14   any other income as a result of this.

15              MR. GOELMAN:  I don't have any further

16   questions.  I want to thank you for your time,

17   Professor.

18              MR. WALSH:  I have nothing for you,

19   Ambassador.  Thank you for your time.  The deposition

20   is concluded.

21              THE VIDEOGRAPHER:  Here ends the video

22   deposition of Edward Gnehm.  There are three disks.

23   Going off the record.  The time is 14:45.

24              (Signature having not been waived, the

25   videotaped deposition of EDWARD W. GNEHM, JR. was
```

1          A C K N O W L E D G M E N T

2

3     STATE OF                    )

4                                 ) ss.:

5     COUNTY OF                   )

6

7              I, EDWARD W. GNEHM, JR., hereby certify

8     that I have read the transcript of my testimony taken

9     under oath in my deposition; that the transcript is a

10    true, complete and correct record of my testimony, and

11    that the answers on the record as given by me are true

12    and correct.

13

14

15          _____

16                        EDWARD W. GNEHM, JR.

17

18    Signed and subscribed to before

19    me, this _____ day of _____, 20__.

20

21    _____

22    Notary Public, State of _____

23

24

25

Confidential

346

```
 1              C E R T I F I C A T E

 2

 3          I, Lee Bursten, the officer before whom the

 4     foregoing deposition was taken, do hereby certify

 5     that the foregoing transcript is a true and correct

 6     record of the testimony given; that said testimony

 7     was taken by me stenographically and thereafter

 8     reduced to typewriting under my direction; and that I

 9     am neither counsel for, related to, nor employed by

10     any of the parties to this case and have no interest,

11     financial or otherwise, in its outcome.

12          IN WITNESS WHEREOF, I have hereunto set my

13     hand and affixed my notarial seal this 11th day of

14     April, 2012.

15

16

17

18

19

20     _____

21     Lee Bursten

22     NOTARY PUBLIC IN AND FOR

23     THE DISTRICT OF COLUMBIA

24     My commission expires June 30, 2014.

25
```