# Exhibit 2-AA

# Gnehm Discovery Transcript

*COURTNEY LINDE, et al. VS.*
*ARAB BANK, PLC*

*EDWARD W. GNEHM, JR.*
*March 29, 2012*
*CONFIDENTIAL*



**Ellen Grauer**
**COURT REPORTING Co. LLC**

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

*Original File 100070.txt*
*Min-U-Script® with Word Index*

```
 1   UNITED STATES DISTRICT COURT

 2   EASTERN DISTRICT OF NEW YORK
     ------------------------------------------X
 3   COURTNEY LINDE, et al.,

 4                          Plaintiffs,
     - against -
 5
     ARAB BANK, PLC,
 6
                            Defendant.
 7
     CASE NO.: CV 042799
 8   ------------------------------------------X
     PHILIP LITLE, et al.,
 9
                            Plaintiffs,
10   - against -

11   ARAB BANK, PLC,

12                          Defendant.

13   CASE NO.: CV 045449
     ------------------------------------------X
14   (Caption continues on next page)

15       * * *  C O N F I D E N T I A L  * * *

16                          101 New York Avenue, NW
                            Washington, DC
17
                            March 29, 2012
18                          12:17 p.m.

19        Videotaped Deposition of EDWARD W. GNEHM,
     JR., before Lee Bursten, Registered Professional
20   Reporter, Certified Realtime Reporter, and Notary
     Public in and for the District of Columbia.
21

22

23        ELLEN GRAUER COURT REPORTING CO. LLC
             126 East 56th Street, Fifth Floor
24               New York, New York 10022
                       212-750-6434
25                 REF:    100070
```

```
 1                GNEHM - CONFIDENTIAL
 2       A    No.
 3   BY MR. CARIDAS:
 4       Q    Did you forego any income as a result of
 5   the work that you have previously done on the Arab
 6   Bank case, either as an expert or as a fact witness?
 7       A    No.
 8            MR. CARIDAS:  Since we've been talking
 9   about it so much, I would like to mark this 8.
10            (Gnehm Exhibit 8 was marked for
11   identification and attached to the deposition
12   transcript.)
13   BY MR. CARIDAS:
14       Q    So Ambassador, if you could just take a
15   moment to review this document.  You don't have to
16   read it all the way through.  First of all, do you
17   recognize this document?
18       A    I do.
19       Q    What is it?
20       A    This was a -- or is a reporting telegram
21   from the American Embassy in Amman to addressees who
22   don't appear on this -- in this document, describing
23   the importance of the Arab Bank as a financial
24   reputable -- I think the words here are "transparent,
25   competent and trustworthy banker and lender in
```

```
 1                    GNEHM - CONFIDENTIAL
 2     Jordan."
 3          Q     Is this a document that you authored?
 4          A     I did not author it.  It was written and
 5     drafted by my economic counselor and his staff, but
 6     it was reviewed by me and approved.
 7          Q     And as someone who reviewed and approved
 8     this document, does the document appear to be a true
 9     and correct copy of the cable as you sent it out at
10     the time?
11          A     To the very best of my knowledge, yes.
12          Q     If I could draw your attention to the --
13     there's a little box before the actual cable starts
14     that says -- on the first page, that says, "This
15     record is a partial extract of the original cable."
16     And "The full text of the original cable is not
17     available."
18          A     Mm-hmm.
19          Q     Reviewing -- if you could review the cable,
20     do you have a sense of what would be missing from the
21     original?
22          A     Yes.  I think what is missing is what would
23     have been on the page above the very top line in the
24     box immediately below the one you read, which begins
25     "on class section 104."
```

CONFIDENTIAL                                                           135

```
 1                    GNEHM - CONFIDENTIAL
 2   by somebody else or information that was told to you
 3   by somebody else either within the embassy or by the
 4   Jordanian government?
 5        A    Well, in general, the answer is that it
 6   reflects what I learned from my conversations with
 7   senior Jordanian officials who expressed their views
 8   and told me their understanding about the bank and so
 9   forth and so on.  So yes, it reflects -- it reflects
10   my views.
11        Q    Well, you said that it reflects what you
12   were told by Jordanian officials.  Does any of it
13   reflect things that you personally witnessed, or is
14   it information that somebody else told you?
15        A    Well, I'll go through it line by line.  But
16   the point here is that these people were working for
17   me, and they incorporated my ideas and my thoughts.
18   When you look at, say, paragraph 4 that says,
19   "Noteworthy is the esteem in which the bank and its
20   founding family" (inaudible) --
21             (The reporter asked for clarification.)
22        A    "Also noteworthy is the esteem in which the
23   bank and its founding family the Shomans are held,"
24   would be the result of my knowledge of the situation.
25        Q    What was your knowledge in that regard?
```

```
                    GNEHM - CONFIDENTIAL
 1
 2      A       Of my -- as a result of my conversations
 3   and my discussions with prominent Jordanians and
 4   others in the community, it was my assessment that
 5   the bank was held in esteem, as were the Shomans.
 6      Q       You mentioned a particular piece.  What
 7   else in this cable have you --
 8      A       Right, I'm reading on through it.
 9      Q       Sure.
10      A       In paragraph number 7, where it talks about
11   the bank having come under increasingly -- increasing
12   criticism locally as of late due to its extremely
13   conservative lending policy, and it has virtually
14   ceased lending.  I can say to you that I heard people
15   criticizing the bank.  This is based on my knowledge.
16      Q       All right.
17      A       Okay.  I'm down to the comment, which was
18   just a comment anyway.  Again, the cable was a
19   reporting cable.  It's got lots of history in it,
20   lots of statistics.  They are what they are.
21      Q       So just to recap, so the two items in this
22   cable that you said are based on your personal
23   knowledge were the statement in paragraph 4 that
24   generally the bank is held in high regard by the
25   Jordanian community, I guess more broadly; and then
```

```
 1                    GNEHM - CONFIDENTIAL
 2     the statement in paragraph 7 that there have been
 3     complaints about its conservative lending practices?
 4              MR. HOWARD:  Objection to form.  You can
 5     answer.
 6         A    I answered as I did because I thought you
 7     were trying to be very narrow in your question.
 8     BY MR. CARIDAS:
 9         Q    Yes.
10         A    Because if you say that those are the only
11     two things I knew, I would contest that part, because
12     I did know these things about the bank because I did
13     my own studies and had my own conversations.  But did
14     I go to the bank and audit the figures and tell you
15     that I knew 31 percent because I was in the bank's
16     vault?  No.
17         Q    I'm sorry.  So to clarify, so those two
18     statements that we had just discussed, the one in
19     paragraph 4 and paragraph 7, those are the two you
20     identified as being based on your personal
21     observation; is that correct?
22              MR. HOWARD:  Objection.
23         A    Correct.
24     BY MR. CARIDAS:
25         Q    And then anything else that's in this cable
```

```
 1                    GNEHM - CONFIDENTIAL
 2    which you came to know was a result of somebody else
 3    telling you that information or reading that
 4    information somewhere; is that correct?
 5         A      Yes.
 6         Q      So turning to -- if I could direct you to
 7    paragraph 16 briefly, why was this -- it states that
 8    this message had been cleared by -- I assume that's
 9    the Consulate General in Jerusalem?
10         A      Correct.
11         Q      And what is the reason why this message was
12    cleared by them?
13         A      It's a standard procedure, customary, that
14    if you're writing about a topic, particularly if part
15    of what you're writing about is taking place in
16    someone else's jurisdiction, by "else" I mean another
17    embassy, another country, another geographic
18    jurisdiction, that you would share your reporting
19    cable for their comments.
20                It's also a valuable way to make sure
21    you're accurate, and that if there is information
22    that they have that you don't have, that that gets to
23    be put in.  So again, the telegram would be a
24    composite, an appropriate and complete composite of
25    the report.
```

```
 1                C E R T I F I C A T E
 2
 3              I, Lee Bursten, the officer before whom
 4     the foregoing deposition was taken, do hereby certify
 5     that the foregoing transcript is a true and correct
 6     record of the testimony given; that said testimony
 7     was taken by me stenographically and thereafter
 8     reduced to typewriting under my direction; and that I
 9     am neither counsel for, related to, nor employed by
10     any of the parties to this case and have no interest,
11     financial or otherwise, in its outcome.
12              IN WITNESS WHEREOF, I have hereunto set my
13     hand and affixed my notarial seal this 9th day of
14     April, 2012.
15
16
17
18
19     [signature]
20     _____
21     Lee Bursten
22     NOTARY PUBLIC IN AND FOR
23     THE DISTRICT OF COLUMBIA
24     My commission expires June 30, 2014.
25
```