# Exhibit 2-C

# Rundell Transcript

*COURTNEY LINDE, et al. VS.*
*ARAB BANK, PLC*

*DAVID H. RUNDELL*
*April 5, 2012*



**Ellen Grauer**
**COURT REPORTING** Co. LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

*Original File 100009B.TXT*
*Min-U-Script® with Word Index*

```
 1   UNITED STATES DISTRICT COURT

 2   EASTERN DISTRICT OF NEW YORK
     ---------------------------------------X
 3   COURTNEY LINDE, et al.,

 4                        Plaintiffs,
     - against -
 5
     ARAB BANK, PLC,
 6
                         Defendant.
 7
     CASE NO.: CV 042799
 8   ---------------------------------------X
     PHILIP LITLE, et al.,
 9
                         Plaintiffs,
10   - against -

11   ARAB BANK, PLC,

12                       Defendant.

13   CASE NO.: CV 045449
     ---------------------------------------X
14   (Caption continues on next page)

15
                         1301 Broadway
16                       New York, New York

17                       April 5, 2012
                         2:34 p.m.
18

19           VIDEOTAPED TRIAL DEPOSITION of DAVID

20   H. RUNDELL, before Sophie Nolan, a Notary

21   Public of the State of New York.

22

23       ELLEN GRAUER COURT REPORTING CO. LLC
            126 East 56th Street, Fifth Floor
24              New York, New York 10022
                     212-750-6434
25                   REF: 100009B
```

```
 1   (Caption cont'd)
     -----------------------------------------X
 2   ORAN ALMOG, et al.,

 3                  Plaintiffs

 4       - against -

 5   ARAB BANK, PLC,

 6                  Defendant.

 7   CASE NO.: CV 04 55647
     -----------------------------------------X
 8   ROBERT L. COULTER, SR., et al.,

 9                  Plaintiffs,

10       - against -

11   ARAB BANK, PLC,

12                  Defendant.

13   CASE NO.: CV 05365
     -----------------------------------------X
14   GILA AFRIAT-KURTZER, et al.,

15                  Plaintiffs,

16       - against -

17   ARAB BANK, PLC,

18                  Defendant.
     CASE NO.: CV 05 38818
19   -----------------------------------------X
     (Caption continues on next page)
20

21

22

23

24

25
```

```
 1   (Caption cont'd)
     -----------------------------------------X
 2   MICHAEL BENNETT, et al.,

 3                Plaintiffs,

 4       - against -

 5   ARAB BANK, PLC,

 6                Defendant.

 7   CASE NO.: CV 053183
     -----------------------------------------X
 8   VIKTORIA AGURENKO et al.,

 9                Plaintiffs,

10       - against -

11   ARAB BANK, PLC,

12       Defendant.

13   CASE NO.: CV 10 006267
     -----------------------------------------x
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S:

 2

 3   MOTLEY RICE LLC

 4   Attorneys for Plaintiff

 5           28 Bridgeside Boulevard

 6           P.O. Box 1792

 7           Mt. Pleasant, South Carolina   29465

 8   BY:     VINCE PARRETT, ESQ.

 9           PHONE    843-216-9250

10           FAX      843-216-9450

11           E-MAIL   vparrett@motleyrice.com

12

13

14   DEWEY & LeBOEUF LLP

15   Attorneys for Defendant Arab Bank

16           1301 Avenue of the Americas

17           New York, New York 10019-6092

18   BY:     KEVIN WALSH, ESQ.

19           RICHARD CAPLAN, ESQ.

20           PHONE 212-259-7153

21           FAX 212-649-1146

22           E-MAIL kwalsh@dl.com

23

24   ALSO PRESENT:

25           DANIEL MACOM, Legal Videographer
```

```
 1   ------------------ I N D E X ------------------

 2   WITNESS                EXAMINATION BY          PAGE

 3   DAVID H. RUNDELL      MR. WALSH                   8

 4

 5   MOTIONS:  PAGES 72, 103

 6

 7

 8   ---------------- E X H I B I T S ----------------

 9   TRIAL            DESCRIPTION            FOR I.D.

10   Exhibit 1        Curriculum Vitae            10

11   Exhibit 2        Document Bates stamped      55

12                    DOS_200704313_ER3_0012

13   Exhibit 3        Document Bates stamped      75

14                    DOS_200706658_ER1_NEA_0236

15   Exhibit 4        document Bates stamped      90

16                    DOS_200706658_ER1_NEA_0147

17   Exhibit 5        Document Bates stamped     100

18                    DOS_200706658_ER1_NEA_0288

19

20

21           (EXHIBITS BEING PRODUCED)

22

23

24

25
```

```
 1              P R O C E E D I N G S

 2

 3          THE VIDEOGRAPHER:  This is tape

 4   one.  We're now on the record.  The time is

 5   2:34 p.m.  Today is Thursday, April 8,

 6   2012.  This is the opening of the

 7   deposition -- excuse me, of the trial

 8   deposition of Mr. David Rundell in the

 9   matter of Linde et al versus Arab Bank.

10          This deposition is being held at

11   the offices of Dewey & LeBoeuf which is

12   located at 1301 Avenue of the Americas in

13   New York, New York.  Our court reporter

14   today is Ms. Sophie Nolan with Ellen Grauer

15   Court Reporting.  I am the legal

16   videographer Dan Macom, also with Ellen

17   Grauer Court Reporting.

18          Would counsels please introduce

19   themselves.

20          MR. WALSH:  My name is Kevin Walsh

21   I represent Arab Bank and the witness and

22   with me is my colleague Richard Caplan.

23          MR. PARRETT:  And my name is Vince

24   Parrett of Motley Rice for the Plaintiffs.

25          And before we begin, for clarity of
```

1    the record and to avoid me interrupting the

2    flow of Mr. Walsh's questions, I very

3    respectfully make a standing objection to

4    Mr. Rundell's opinion testimony as to the

5    state of mind, intent or motive of the

6    governments of the United States or Saudi

7    Arabia.

8           My objection is based on two

9    grounds:  First, that opinion testimony is

10   irrelevant because it does not help the

11   jury determine the fact in issue of whether

12   defendant Arab Bank provided financial

13   support to terrorists and, second, that

14   opinion testimony is based on the

15   specialized knowledge of Mr. Rundell from

16   his decades of experience serving in the

17   foreign service in Saudi Arabia.  For those

18   two reasons that is improper lay witness

19   testimony under federal rules of evidence

20   701 B and C.

21           THE VIDEOGRAPHER:  Will our court

22   reporter please swear in the witness.

23  D A V I D   H.   R U N D E L L, called as a

24           witness, having been first duly

25           sworn, was examined and testified as

```
 1            follows:

 2

 3    EXAMINATION BY

 4    MR. WALSH:

 5        Q.        Good afternoon, sir.

 6        A.        Good afternoon.

 7        Q.        Please state your name for us.

 8        A.        David Rundell.

 9        Q.        And where do you currently reside,

10    Mr. Rundell?

11        A.        Dubai.

12        Q.        Where is Dubai, by the way?

13        A.        In the United Arab Emirate.

14        Q.        How long have you lived there?

15        A.        Well, I've lived there on and off

16    different times in my life but in this

17    iteration I've been there three years.

18        Q.        And why are you living in Dubai at

19    the moment?

20        A.        Well, I principally live there

21    because that's where my wife has a medical

22    practice.

23        Q.        You told us you're married, sir, do

24    you have any children?

25        A.        I have one daughter.
```

```
1                        RUNDELL
2    position?
3         A.      A bit over a year.
4         Q.      Are you aware, Mr. Rundell, that
5    during your time in Saudi Arabia the Saudi
6    government raised funds to support Palestinians
7    in economic distress?
8         A.      I am.
9         Q.      Do you know why the Saudi
10   government was involved in those fundraising
11   activities?
12        A.      For really two reasons.  First of
13   all, there was a genuine feeling in Saudi
14   Arabia which was widely held that there was
15   significant suffering amongst the Palestinians
16   which needed to be or should be reduced by
17   charitable aid.
18        Q.      What type of suffering are you
19   referring to?
20                MR. PARRETT:  Objection, Rule 403.
21        A.      I think there were people who were
22   hungry, homeless, injured, orphaned, this sort
23   of thing.
24        Q.      Okay.  I interrupted you, sir, you
25   identified that as the first reason and you
```

                              RUNDELL

1

2   were about to --

3       A.      And the second reason is that the

4   Saudis have a longstanding commitment to a

5   peaceful resolution of the conflict between

6   Israel and the Palestinians and they have put

7   forth a number of plans to do this and they

8   believe that a peaceful solution will be more

9   likely to be achieved if economic hardship and

10  suffering can be reduced.

11      Q.      Do you know what, if anything, the

12  Saudis have done to advance that agenda?

13              MR. WALSH:  Objection, relevance.

14      A.      They have provided significant sums

15  of money through numerous channels over many

16  years to eliminate suffering and build

17  institutions that can ultimately help to

18  resolve the conflict between Israel and the

19  Palestinians.

20      Q.      When you were serving in Saudi

21  Arabia, were you aware of those efforts that

22  the Saudis were making to relieve economic

23  distress among Palestinians?

24              MR. PARRETT:  Objection, leading.

25      A.      I was aware.

```
 1                         RUNDELL

 2    running something, you can certainly assume

 3    that it is sanctioned by the government.

 4        Q.      Was Prince Naif involved in

 5    activities that supported terrorism, to your

 6    knowledge, during your time in Saudi Arabia?

 7        A.      No, he was not.

 8        Q.      Would it seem -- do you answer in

 9    that fashion with any certainty?

10                MR. PARRETT:  Objection.

11        A.      Yes, I do.

12        Q.      Why?

13                MR. PARRETT:  Leading.

14        A.      Prince Naif has for many years been

15    responsible for security.  He is essentially

16    the chief policeman in Saudi Arabia.  It is the

17    nature of his position and I think you could

18    say of his nature as a person; that this is

19    precisely the kind of thing he wants to stop

20    and the fact that on numerous occasions people

21    tried to kill his son certainly couldn't do

22    anything but encourage that.

23                MR. PARRETT:  Just for the

24        record --

25        A.      Terrorists, I should say, tried to
```

RUNDELL

1

2      Q.      And the sentence that I just read

3   continues, "Your participation signaled Saudi

4   Arabia's commitment to the peace process and

5   its important role in the region."

6              Was that the official position of

7   the U.S. government, that Saudi Arabia was

8   committed to the peace process?

9              MR. PARRETT:  Objection, relevance.

10     A.      Yes.

11     Q.      What -- what is referred to by

12  those words "peace process" there?  Peace

13  between whom?

14     A.      Peace between the Palestinians --

15  well, really peace between all Arab nations and

16  the state of Israel and particularly between

17  the Palestinians and the state of Israel.

18     Q.      Did the United States government

19  consider that by giving money to the

20  Palestinians, Saudi Arabia was attempting to

21  fund hostility against Israel?

22             MR. WALSH:  Objection, leading,

23       relevance.

24     A.      No.

25     Q.      Did the United States consider that

1                    RUNDELL

2    in giving money to Palestinian causes, Saudi

3    Arabia was playing an important role in the

4    region?

5        A.        Yes.

6        Q.        Do you see those words there?

7        A.        That's the essence of this cable.

8        Q.        Do you know why the United States

9    believed that by giving money to Palestinian

10   causes, Saudi Arabia was playing an important

11   role in the region?

12            MR. PARRETT:  Objection, relevance.

13       A.        Saudi Arabia's role in the peace

14   process really had two parts at least and one

15   of those was their promoting their own peace

16   plans; peace plans which they initiated on at

17   least two occasions which were then adopted as

18   the positions of the Arab league or the Arab

19   world; programs that really in fundamental ways

20   changed the attitude of the Arab world toward

21   recognizing and negotiating with the state of

22   Israel.

23            And those were programs, one which

24   was put forward by King Fahd and one which was

25   later put forward by Crown Prince Abdullah.  So

```
 1                        RUNDELL

 2    activity by their activities in the Palestinian

 3    territories, did it?

 4        A.        No.

 5        Q.        If the United States government had

 6    known in April 2002 that the Saudis by their

 7    donor activities in the Palestinian territories

 8    were supporting terrorism, what would it have

 9    done?

10                  MR. PARRETT:   Objection,

11        speculation, foundation.

12        A.        Had the United States been aware

13    that Saudi Arabia was or even had suspected

14    that they were supporting terrorism in some way

15    with their funding, they would have brought

16    that to their attention and asked them to stop.

17        Q.        And would they have said, if they

18    knew, they the United States knew that the

19    Saudis were engaged in support for terrorism,

20    that had Saudis had shown a genuine commitment

21    to building and sustaining institutions for the

22    Palestinians' future?

23                  MR. PARRETT:   Objection, leading,

24        relevance.

25        A.        No, I don't believe they would have
```

*COURTNEY LINDE, et al. VS.*

*ARAB BANK, PLC*

*DAVID RUNDELL*

*April 6, 2012*



**Ellen Grauer**
**COURT REPORTING** Co. LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

*Original File 100010.TXT*

Min-U-Script® with Word Index

1   UNITED STATES DISTRICT COURT

2   EASTERN DISTRICT OF NEW YORK
    ----------------------------------------X
3   COURTNEY LINDE, et al.,

4                          Plaintiffs,
    - against -
5
    ARAB BANK, PLC,
6
                           Defendant.
7
    CASE NO.: CV 042799
8   ----------------------------------------X
    PHILIP LITLE, et al.,
9
                           Plaintiffs,
10  - against -

11  ARAB BANK, PLC,

12                         Defendant.

13  CASE NO.: CV 045449
    ----------------------------------------X
14  (Caption continues on next page)

15
                          1301 Broadway
16                        New York, New York

17                        April 6, 2012
                          9:45 a.m.
18

19          CONTINUED VIDEOTAPED TRIAL DEPOSITION

20  of DAVID RUNDELL, before Sophie Nolan, a Notary

21  Public of the State of New York.

22

23       ELLEN GRAUER COURT REPORTING CO. LLC
            126 East 56th Street, Fifth Floor
24            New York, New York 10022
                    212-750-6434
25                  REF:  100010

```
 1   (Caption cont'd)
     ---------------------------------------X
 2   ORAN ALMOG, et al.,

 3              Plaintiffs

 4      - against -

 5   ARAB BANK, PLC,

 6              Defendant.

 7   CASE NO.: CV 04 55647
     ---------------------------------------X
 8   ROBERT L. COULTER, SR., et al.,

 9              Plaintiffs,

10      - against -

11   ARAB BANK, PLC,

12              Defendant.

13   CASE NO.: CV 05365
     ---------------------------------------X
14   GILA AFRIAT-KURTZER, et al.,

15              Plaintiffs,

16      - against -

17   ARAB BANK, PLC,

18              Defendant.
     CASE NO.: CV 05 38818
19   ---------------------------------------X
     (Caption continues on next page)
20

21

22

23

24

25
```

```
 1   (Caption cont'd)
     ----------------------------------------X
 2   MICHAEL BENNETT, et al.,

 3                 Plaintiffs,

 4         - against -

 5   ARAB BANK, PLC,

 6                 Defendant.

 7   CASE NO.: CV 053183
     ----------------------------------------X
 8   VIKTORIA AGURENKO et al.,

 9                 Plaintiffs,

10         - against -

11   ARAB BANK, PLC,

12         Defendant.

13   CASE NO.: CV 10 006267
     ----------------------------------------x
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S:

 2

 3   MOTLEY RICE LLC

 4   Attorneys for Plaintiff

 5              28 Bridgeside Boulevard

 6              P.O. Box 1792

 7              Mt. Pleasant, South Carolina   29465

 8   BY:        VINCE PARRETT, ESQ.

 9              PHONE    843-216-9250

10              FAX      843-216-9450

11              E-MAIL   vparrett@motleyrice.com

12

13

14   DEWEY & LeBOEUF LLP

15   Attorneys for Defendant Arab Bank

16              1301 Avenue of the Americas

17              New York, New York 10019-6092

18   BY:        KEVIN WALSH, ESQ.

19              RICHARD CAPLAN, ESQ.

20              PHONE 212-259-7153

21              FAX 212-649-1146

22              E-MAIL kwalsh@dl.com

23

24   ALSO PRESENT:

25              DANIEL MACOM, Legal Videographer
```

```
 1    ----------------- I N D E X -----------------

 2    WITNESS                EXAMINATION BY              PAGE

 3    DAVID H. RUNDELL       MR. WALSH                   118

 4                           MR. PARRETT                 140

 5

 6    MOTIONS:   PAGES 124, 128

 7

 8

 9    --------------- E X H I B I T S ---------------

10    TRIAL             DESCRIPTION               FOR I.D.

11    Exhibit 6         Document Bates stamped        128

12                      DOS_200706659_ER1_0017

13                      through

14                      DOS_200706659_ER1_0025

15    Exhibit 7         Document Bates stamped        135

16                      DOS-200704313-ER3-0001

17                      through

18                      DOS-200704313-ER3-0011

19    Exhibit 8         Document Bates stamped        146

20                      MR-AB00081859 through

21                      MR-AB00081944

22    Exhibit 9         Document Bates stamped        151

23                      ABPLC024025

24

25
```

```
1    ------------ E X H I B I T S (Cont'd) -----------

2    TRIAL              DESCRIPTION              FOR I.D.

3    Exhibit 10         Document Bates stamped      154

4                       MR-AB00114321 through

5                       MR-AB00114322

6    Exhibit 11         Document Bates stamped      156

7                       ABPLC023935

8    Exhibit 12         Document Bates stamped      159

9                       MR-AB00074083

10

11

12              (EXHIBITS BEING PRODUCED)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1              P R O C E E D I N G S
2              THE VIDEOGRAPHER:  This is tape
3    one.  We're now on the record.  The time is
4    9:45 a.m.  Today is Friday April 6, 2012.
5    This is the continuation of the trial
6    deposition of Mr. David Rundell in the
7    matter of Linde et al versus Arab Bank.
8              This deposition is being held at
9    the offices of Dewey & LeBoeuf located at
10   1301 Avenue of the Americas in New York,
11   New York.  Our court reporter today is
12   Ms. Sophie Nolan with Ellen Grauer Court
13   Reporting.  I am the legal videographer,
14   Dan Macom, also with Ellen Grauer Court
15   Reporting.
16             Counsel please introduce
17   themselves.
18             MR. WALSH:  Kevin Walsh of Dewey &
19   LeBoeuf for Arab Bank and the witness.
20   With me is my colleague, Richard Caplan.
21             MR. PARRETT:  Vince Parrett of
22   Motley Rice for the plaintiffs.
23 D A V I D   H.   R U N D E L L, called as a
24             witness, having been previously duly
25             sworn, was examined and testified as
```

1              follows:

2

3       CONTINUED EXAMINATION

4       BY MR. WALSH:

5          Q.      Good morning, Mr. Rundell.

6          A.      Good morning.

7          Q.      When we concluded for the day

8       yesterday, we were talking about the Saudi

9       Committee as you may remember.

10              My question to you now, sir, is

11      during your 15 years of service in Saudi

12      Arabia, were you aware at any time of any

13      request by the U.S. government that the Saudi

14      government should shut down the Saudi

15      Committee?

16              MR. PARRETT:  Objection, leading,

17         relevance.

18         A.      I was not aware of any such

19      request.

20         Q.      Were you aware of any request

21      during your tenure in Saudi Arabia that the

22      Saudi government modify or change the

23      activities of the Saudi Committee?

24         A.      No.

25              MR. PARRETT:  Objection, leading,

RUNDELL

Q.      Okay, sir.  Sir, at the bottom of

that page is number seven and it states, "Below

is a general characterization of two Saudi

documents examined in this report.  For

analysis of the documents, their translation

and copies, please see the appendices," and

then you'll see point A a few sentences down it

states, "The logo, which appears in the tables,

is of the Saudi Arab Kingdom the Saudi

Committee For Support of Intifada Al-Quds.  In

the tenth cycle of payments, the Saudis paid

2,040,000 riyal, about 450,000 U.S. dollars to

102 families of those who died during the

intifada.  The list includes the names of

terrorists who carried out murderous suicide

attacks in Israeli populated centers and were

responsible for the death and wounding of

hundreds of Israelis.  Each family whose son

was killed received 20,000 riyal, 5,340 U.S.

dollars.  The money was transferred to families

of terrorists killed in the PA areas through

the Arab Bank."

        Sir, are you aware that Arab Bank

and its affiliate in Saudi Arabia, Arab

1           RUNDELL

2     National Bank, transferred Saudi Committee

3     funds to Palestinians?

4          A.     I'm aware of that.

5          Q.     Let's look at just a few of those

6     transfers, sir.

7               MR. PARRETT:  I'd like to have this

8          marked as Trial Exhibit 9.

9               (Rundell Trial Exhibit 9, document

10          Bates stamped ABPLC024025, marked for

11          identification.)

12               MR. PARRETT:  And I'll represent

13          that this is a three-page document.  The

14          first page in Arabic, the second page an

15          English translation and the third page, a

16          certification of the English translation.

17          A.     (Reviewing.)

18          Q.     Have you had a chance to look at

19     that document, sir?

20          A.     I'm sort of curious.  Maybe you can

21     help me understand some of this.  We saw this

22     number, this thing Bates number before.  What

23     exactly is a Bates number?

24          Q.     A Bates number is a process by

25     which counsel in a case identify a doc produced

RUNDELL

1

2  during discovery.

3      A.      Okay.  Okay.  That was one term

4  that I didn't understand.

5      Q.      Sir, just for the jury's

6  information, your CV that Mr. Walsh marked as

7  Exhibit 1 says you achieved a perfect 3/3

8  professionally rating in arabic after you

9  studied Arabic at Oxford and at the foreign

10  service institute in Tunisia; is that correct,

11  sir?

12      A.      Perfect -- I don't think it says

13  "perfect" but --

14      Q.      Three out of three.

15      A.      But I -- well, you can get higher

16  than a 3, okay?  But, yes, I did pass the

17  proficiency exam.

18      Q.      I have very few questions about

19  this document, sir.  Sir, do you see the very

20  bottom line says, "Sender:  Saudi Committee in

21  Support of Al-Quds Intifada"?

22      A.      Sorry, where is this?

23      Q.      The very bottom line of the page,

24  "Sender."

25      A.      Yes, I see that.

```
 1                    RUNDELL

 2       Q.       Two lines up, do you see

 3   "Beneficiary name:  Shahil Ahmad Ismail Masri"?

 4       A.       I do.

 5       Q.       A few lines up, do you see "Value

 6   and transfer currency:  $5,316.06"?

 7       A.       I do.

 8       Q.       Do you see it also says "Transfer

 9   currency:  American dollars"?

10       A.       I see that.

11       Q.       A few lines up it says "Covering

12   bank:  Arab Bank PLC"?

13       A.       "Covering bank," yes.

14       Q.       It also says "Transferring Bank:

15   Arab National Bank in Riyadh."  Do you see

16   that, sir?

17       A.       I do.

18       Q.       Okay.  Sir, this document shows a

19   transfer of Saudi Committee money to Mr. Masri;

20   is that correct?

21               MR. WALSH:  Objection, foundation.

22       A.       I'm not a banker, but that appears

23   to be what this is, yes.

24       Q.       Sir, are you aware of who

25   Mr. Masri is?
```

1                        RUNDELL

2        A.      I'm not.

3        Q.      Okay.

4                MR. PARRETT:  If I can have marked

5        as the next -- this next document as

6        Exhibit 9, trial Exhibit 9 -- 10, I'm

7        sorry, apologies.

8                (Rundell Trial Exhibit 10, document

9        Bates stamped MR-AB00114321 through

10       MR-AB00114322, marked for Identification.)

11       Q.      And we're done with Exhibit 9, sir.

12       A.      As I said yesterday, your document

13  you gave me was largely illegible because of

14  the copy and I'm just looking at a little bit

15  of the Arabic here.

16       Q.      Take your time, sir.

17       A.      Which is much clearer.

18       Q.      Thank you, sir.

19               MR. WALSH:  Take a moment now,

20       Mr. Rundell, to read Exhibit 10 in its

21       entirety.

22               THE WITNESS:  Okay.

23       A.      (Reviewing.)

24               Okay.

25       Q.      Sir, let me read just a few lines

```
 1                    RUNDELL
 2   and I'll have just one question about this
 3   document for you.   It states on the first page
 4   at the top, "Terror ties at a middle eastern
 5   Bank, FBI investigates Arab Bank for allegedly
 6   supporting suicide bombers and doing business
 7   with suspected terrorists.  Bank denies
 8   charges.  Amman, Jordan, August 2001.  A
 9   suicide bomber hits the Sbarro pizza parlor in
10   Jerusalem killing 15 people including an
11   American, Shoshanna Greenbaum, pregnant school
12   teacher.  The Palestinian bomber's name was
13   MR-AB00114321 Izz Ad-Din Al-Masri.  His parents
14   told NBC News that soon after the bombing, a
15   group that helps families of suicide bombers
16   told them they'd be compensated for their son's
17   'sacrifice.'  'They told me to go to the Arab
18   Bank and open an account and you will receive a
19   salary,' says the bomber's father, Shuhail
20   Ahmed Al-Masri.  He says almost immediately he
21   began receiving $140 a month and after the
22   Israelis leveled his house, he said he was told
23   to go to the bank and pick up more money,
24   $6,000."
25                    Sir, why would Arab Bank transfer
```

```
 1                        RUNDELL
 2   Saudi committee money to the family of the
 3   suicide bomber of the Sbarro pizzeria?
 4             MR. WALSH:   Objection, foundation.
 5       Objection, hearsay.
 6       Q.       You may answer.
 7             MR. WALSH:   There's no basis
 8       whatsoever to ask Mr. Rundell these
 9       questions based on documents he's never
10       seen, press articles that --
11       Q.       You may answer, sir.
12       A.       Could you repeat the question?
13       Q.       Yes, sir, the question is, why
14   would Arab Bank transfer Saudi Committee money
15   to the family of the suicide bomber of the
16   Sbarro pizzeria?
17             MR. WALSH:   Same objections.
18       A.       I would have no way of knowing the
19   answer to that question.
20       Q.       Sir, I'd like to show you another
21   transfer and have it marked as Trial Exhibit
22   11.
23             (Rundell Trial Exhibit 11, document
24       Bates stamped ABPLC023935, marked for
25       Identification.)
```

```
 1                      RUNDELL
 2      A.      So are we done with 17?
 3      Q.      I have just one more question on
 4   that at the end.  I'm almost done, sir.
 5              If you take a chance to look at
 6   Trial Exhibit 11, please, sir, and I'll
 7   represent this is a three-page document.  The
 8   first page which is in Arabic, the second page
 9   which is in English and the third page which is
10   a certified translation -- a certification of
11   the English translation.
12      A.      Okay.  This is number 11?
13      Q.      Yes, sir.  Yes, sir.  Take a moment
14   to look at that.
15      A.      The first one was number 9, okay.
16      Q.      Different transfers, sir.
17      A.      Okay.  (Reviewing.)
18      Q.      Please take your time.
19      A.      (Reviewing.)
20              Okay.
21      Q.      Okay, sir, do you see at the very
22   bottom line of this document it states,
23   "Sender:  Saudi Committee in Support of the
24   Al-Quds Intifada."
25      A.      I do.
```

1          RUNDELL

2      Q.      Do you see two lines up it says,

3  "Beneficiary name:  Hassan Hussein Hassan

4  Hotari"?

5      A.      I do.

6      Q.      A few more lines up, do you see

7  "Value in cover currency 5,316.06"?

8      A.      I do.

9      Q.      Do you see a few lines up where it

10  says "Transfer currency, American dollar"?

11      A.      I do.

12      Q.      Do you see a few lines up it says,

13  "Covering bank, Arab Bank PLC"?

14      A.      I do.

15      Q.      Do you see one line above that

16  where it says, "Transferring bank, Arab

17  National Bank Riyadh"?

18      A.      I do.

19      Q.      Sir, does this document show a

20  transfer of Saudi Committee money to

21  Mr. Hotari?

22              MR. WALSH:  Objection, foundation.

23      A.      As I said earlier I'm not a banker,

24  but that would appear to anyone what this would

25  look like.

```
1                        RUNDELL
2        Q.        Thank you, sir.  No further
3    questions on that document.
4              MR. PARRETT:  I'd like to have
5        marked as a final exhibit, a document from
6        the Saudi Committee website.  We'll mark
7        this as Exhibit 12, I believe.
8              (Rundell Trial Exhibit 12, document
9        Bates stamped MR-AB00074083, marked for
10       Identification.)
11       A.        So are we done with 10?
12       Q.        Yes, sir.
13       A.        Okay, next one is 12, okay.
14       Q.        Take a moment to look at that one,
15   sir.  Is that legible to you, sir?
16       A.        More or less.
17       Q.        Thank you.
18       A.        This is from the website.
19       Q.        Do you see at the top it says,
20   "Welcome to the Saudi Committee for Relief of
21   Palestinians"?
22       A.        Yes.
23       Q.        Are you familiar with the Saudi
24   Committee for Relief of Palestinians being the
25   same as the Saudi Committee?
```

RUNDELL

1

2     A.        I believe they're the same, yeah.

3     Q.        Thank you, sir.  If you look at

4  the -- let's look at the top of the document.

5  Do you see where it says -- it says,

6  "Beneficiaries," then it says the first line,

7  "The program, cash assistance program"?  The

8  very top, sir, under "Beneficiaries."

9     A.        Yeah, I see that.

10    Q.        Do you see where it says the name

11  "Said Hasan Hussein Hutry"?

12    A.        I see that, yes.

13    Q.        Do you see where it says "Date of

14  incident 1 June 2001"?

15    A.        I see that.

16    Q.        Sir, are you aware that on June 1,

17  2001, a suicide bomber blew himself up at the

18  Dolphinarium Beachfront nightclub in Tel Aviv

19  filled with teenage kids killing 20 and

20  injuring dozens more?

21              MR. WALSH:  Objection, foundation.

22    A.        I can't say -- I'm aware of that

23  incident.  I'm not aware of the exact date that

24  it happened on.

25    Q.        And when you say "incident" you

1                    RUNDELL

2    mean at the bombing at the Dolphin Area

3    Beachfront nightclub?

4         A.       I've heard of that incident.

5         Q.       Sir, are you aware that the suicide

6    bomber's name at the Dolphinarium Beachfront

7    nightclub that killed so many teenagers was

8    named Said Hasan Hussein Hutry?

9                  MR. WALSH:  Objection, foundation.

10        A.       No, I was not aware of that.

11        Q.       Sir, why would Arab Bank transfer

12   Saudi Committee money to the family of the

13   terrorists who blew up teenagers at the

14   Dolphinarium?

15                 MR. WALSH:  Objection, hearsay,

16        foundation.

17        A.       I don't know.

18        Q.       Sir, if I could direct your

19   attention back to the IDF document.  And we're

20   done with the document in front of you, sir.

21        A.       Okay.  Basically the translation is

22   pretty well done on that.

23        Q.       Thank you, sir.  I appreciate that.

24   Thank you, sir.  I tried to make it better for

25   you today.

```
1                        RUNDELL
2        A.        The other one -- you couldn't read
3   the other one, but this one is clear.
4        Q.        I appreciate that, sir.  Thank you.
5   And just the final page that I'm going to ask
6   you about is page 74 of the IDF document.  Go
7   to page 74 which is in English.
8        A.        Page 74.
9        Q.        At the top, sir.
10       A.        Okay.
11       Q.        Let me read that to you and I'll
12  just have one question.
13       A.        Okay.
14       Q.        It says, "A page from the table of
15  the third payments cycle of the 'Saudi
16  Committee For Support of the Al Aqsa Intifada'
17  which was transferred to the PA representative
18  in Riyadh, see the attached documents in
19  appendix E5, number 206 in the table marked in
20  yellow is, Sufian Al Jabarin whose name appears
21  in a similar table transferred to the Tulkarm
22  charity committee.  He is known to be a Hamas
23  operational activist who carried out the
24  suicide attack on the number 26 bus in
25  Jerusalem on 21 August 1995 in which three
```

```
 1                          RUNDELL
 2    Israeli civilians were killed.  A U.S. citizen,
 3    Joan Dewaney age 47, was also killed in the
 4    attack."
 5              Sir, my question simply is, why
 6    would the Saudi Committee give money to a Hamas
 7    operative who killed an American woman on a
 8    civilian bus?
 9              MR. WALSH:  Objection, hearsay,
10        foundation.
11        A.    Again, that's -- I don't have an
12    answer for that why that would be, I don't
13    know.
14        Q.    Sir, I thank you for your testimony
15    and I thank you for your service to our country
16    and I have no further questions.
17              MR. WALSH:  The deposition is
18        concluded.  Thank you very much.
19              THE VIDEOGRAPHER:  This conclude
20        today's trial deposition Mr. David Rundell.
21        We're now off the record.  The time is
22        10:54 a.m.  Today is April 6, 2012.  Thank
23        you.
24                   (Time noted:  10:54 a.m.)
25
```