# Exhibit 2-E

## Paz Discovery

*COURTNEY LINDE, et al. VS.*

*ARAB BANK, PLC*

---

*ILAN PAZ*

*April 19, 2012*

---



**Ellen Grauer**
**COURT REPORTING** Co. LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

*Original File 100202.TXT*

*Min-U-Script® with Word Index*

                                    **PAZ**

1

2    meeting I'm talking about right now took place

3    when he was no longer serving in this -- in

4    this capacity.

5         Q.     Do you know whether he was a paid

6    consultant to Arab Bank at the time when you

7    had your meeting concerning your involvement in

8    this case?

9         A.     I don't know at all -- I don't know

10   when he started providing services to the Arab

11   Bank, if at all.  I think if he did, it was in

12   the earlier period, but I don't know whether he

13   provides services to the Arab Bank -- whether

14   he was providing services to the Arab Bank when

15   I met with him.  That, I don't know.

16        Q.     Did there ever come a time when you

17   became aware that Mr. Dekel was being

18   compensated by Arab Bank?

19        A.     I don't know whether he's being

20   compensated.  I know that he was involved.  I

21   don't get into the financial area because I

22   don't know.  But even if he was compensated,

23   it's not -- it's not a crime.

24        Q.     Other than Mr. Ialone (phonetic)

25   and Mr. Dekel, did you have a similar

PAZ

1

2  was.

3     Q.      Returning to Exhibit 1 for a

4  moment, the letter from Mr. Walsh, on page four

5  in the first full paragraph in the middle it

6  reads that "In addition, Brigadier General Paz

7  will testify -- Brigadier General Paz will

8  testify that the IDF was familiar with the

9  operations of the West Bank charitable

10  organizations and Zakat committees at issue in

11  these actions, that it had the power to close

12  these organizations if it found that any were

13  involved in the support of terrorism or served

14  the terrorist purposes of Hamas and that he did

15  not do so, nor did he contemplate doing so."

16             MR. OSEN:   That's the end of the

17       quote if you could translate that for the

18       witness.

19     Q.      Do you plan to so testify?

20     A.      Yes.

21     Q.      Can you please list for me the

22  charitable organizations and Zakat committees

23  that are at issue in this litigation?

24     A.      No.  I can't do it.  I'd like to

25  stress that I am not an expert on charitable

                              PAZ

1

2    organizations.   I'm not an intelligence person.

3    I'm a commander who receives briefings on

4    existing intelligence information and acts

5    accordingly.

6         Q.      But how can you testify that the

7    IDF was familiar with the operations of the

8    West Bank charitable organizations and Zakat

9    committees at issue in this litigation if you

10   don't know which ones are at issue in this

11   litigation?

12        A.      The Civil Administration under my

13   command for most of the time period was

14   responsible for watching or surveilling the

15   charitable organizations that were -- that

16   there were operating in the West Bank.   This

17   job was imposed naturally on the division

18   for --

19                (In English)  Branch.

20                (Interpreted)  -- For the branch of

21   Arab affairs.  And they carried out this

22   surveillance or this observation and I received

23   reports sometimes on a daily basis, but at

24   least on a weekly basis.  Some of the reasons

25   for the surveillance that was carried out by

*COURTNEY LINDE, et al. VS.*

*ARAB BANK, PLC*

---

*ILAN PAZ*

*April 20, 2012*

---



**Ellen Grauer**
**COURT REPORTING** Co. LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

*Original File 100203.TXT*
*Min-U-Script® with Word Index*

```
                              PAZ
1
2          Mr. Werbner to strike that answer, but
3          we'll proceed.
4          Q.      Let's turn back again to the
5   operation against accounts held in various
6   branches of Arab Bank in 2004 in Ramallah.
7          A.       "Operations" you said?
8          Q.      Operations, plural, because there
9   were multiple branches involved but you can --
10         A.       He's right.  One operation at two
11  banks.
12         Q.      Two banks and multiple branches,
13  but for purposes of my question, I just want to
14  refer to the matter as a whole.
15         A.       To the best of my recollection it
16  was two branches, but it's really immaterial.
17         Q.      Okay.  You mentioned that you
18  attended one meeting concerning this operation;
19  is that correct?
20         A.       With respect to a meeting with many
21  people present, I participated in one such
22  meeting.  I was involved in the participation
23  of my people in such operations several times
24  prior to that.
25         Q.      Okay.  Let's take the big meeting
```

PAZ

1

2    that you just referred to.  What can you tell

3    us your -- of your personal recollection of

4    that meeting?

5        A.        I decided to participate in that

6    meeting, which took place in the offices of

7    Ofer Dekel who was already serving in his

8    position as deputy head of the Israel security

9    services and he coordinated all of the

10   preparations in anticipation of that operation.

11            That was led by the Israel security

12   services of course.  I had became aware of the

13   operations several weeks prior to that.  I was

14   asked to approve the participation of my people

15   into realms and because this was not a routine

16   type of operation, not something that we're

17   engaged in on a daily basis, generally because

18   of the fact that we were dealing with money

19   here, an international institution, which was

20   headquartered in a neighboring country with

21   which we had peaceful relations.

22            A large peaceful organization which

23   yielded great influence throughout the

24   territories.  I had a number of issues that I

25   wanted to hear about and to ensure that they

193

PAZ

1
2    were well-planned or at least that they were

3    being taken into account with respect to the

4    operations that preceded the operations and

5    followed the operations.

6            And, therefore, I decided to

7    participate.  In my opinion, it was sort of a

8    summary meeting finalizing things prior to the

9    operation a day or two before the operation

10   took place.  I participated in that meeting.

11   To the best of my recollection, most of the

12   issues that I made a note to myself that I

13   should check had been resolved as far as I was

14   concerned or the -- or the planning took them

15   into account in a manner that was satisfactory

16   to me.

17           Upon the completion of the meeting,

18   I stayed and had a one-on-one meeting with Ofer

19   Dekel.  It's possible that his assistant was

20   also present.  I do not recall.  Generally he

21   also takes part and I asked him two questions.

22   The first question was whether the operation

23   was directed against the bank or against the

24   specific individuals who were account holders

25   there.

```
 1                        PAZ
 2              And the second question was whether
 3    that operation had been examined from a legal
 4    standpoint.  With respect to the -- with
 5    respect to the second question, I was told that
 6    it was totally obvious, however; that it was
 7    not a question that needed to be asked by
 8    commanders in the military.
 9              And with respect to the first
10    question, I was told that the operation was
11    intended for the purpose of the confiscation of
12    funds belonging to specific individuals that
13    are involved in terrorism and not against the
14    bank, and, therefore, it was planned so that
15    the bank could continue its activity
16    immediately upon the conclusion of the
17    operation.
18              That's what took place in the
19    meeting and immediately thereafter.  I did not
20    take part in the operation itself.  However, I
21    received a report from my people who did
22    participate in it, subsequent to its
23    conclusion, the next morning.  That's it.
24              MR. OSEN:  We'll take our break for
25       lunch and pick this up afterwards.
```