**MotleyRice**
ATTORNEYS AT LAW

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000   f. 843.216.9450

**John M. Eubanks**
*Licensed in MD, SC*
direct: 843.216.9218
jeubanks@motleyrice.com

August 14, 2014

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    ***Linde v. Arab Bank, PLC*, 04-CV-2799 (BMC)(VVP) and related cases**

Dear Judge Cogan:

    Plaintiffs request the Court's permission to bring a specific demonstrative into the courthouse for testimony likely to occur on Monday, August 18, 2014. This specific demonstrative item is comprised of metallic objects that might otherwise be precluded from being brought into the courthouse. After discussion with courthouse security, we were asked to obtain permission from the Court to bring such a demonstrative into the courthouse.

    Should the Court have questions regarding this request, we are available to discuss this issue.

                                         Respectfully submitted,

                                         /S/ John M. Eubanks

Cc:    All counsel of record

So Ordered: /S/ BMC
Brian M. Cogan
U.S. District Judge