**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 201, HACKENSACK, NJ 07601
T. 201.265.6400   F. 201.265.0303

345 SEVENTH AVENUE, 21ST FLOOR, NEW YORK, NY 10001
T. 646.380.0470   F. 646.380.0471

August 14, 2014

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadmen Plaza
Brooklyn, NY 11201

Re:   *Linde v. Arab Bank, PLC*, **04-cv-2799 (BMC)(VVP) and related cases**

Dear Judge Cogan:

We write in order to advise the Court and Defendant's counsel of certain changes to the estimated schedule of witnesses set forth in our August 4, 2014 letter. (*Linde* ECF No. 1051).

First, we advise that Plaintiffs are no longer calling Mr. Shuki Brif as a witness.

Second, Your Honor has advised that the trial will not be conducted next Wednesday, August 20. Plaintiffs respectfully request that the Court advise whether Your Honor intends to hold trial on Friday, August 22, in order to correspondingly permit Plaintiffs' counsel to determine and schedule witnesses' availability.

We thank the Court in advance for its consideration.

Respectfully yours,

/s/ Gary M. Osen

cc:   All counsel